CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10312-MLW

United States of America, ex rel. et al v. City of Woonsocket Rhode Island et al
Assigned to: Chief Judge Mark L. Wolf
Cause: 31:3729 False Claims Act

Date Filed: 02/16/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America, ex rel.** represented by **Leon A. Blais**
Blais, Parent & Quinn
20 Cabot Boulevard
Suite 300
Mansfield, MA 02048
508 618-1280
Fax: 617-812-0459
Email: lblais@blaisparent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Connolly**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3278
Fax: 617-748-3971
Email: Patricia.Connolly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordon F.B. Ondis** represented by **Leon A. Blais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Woonsocket Rhode Island** represented by **Justin P. O'Brien**
Dwyer & Collora, LLP

600 Atlantic Avenue
Boston, MA 02210
617/371-1035
Fax: 617/371-1037
Email: jobrien@dwyercollora.com
*ATTORNEY TO BE NOTICED*

**Michael B Galvin**
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
617-371-1075
Fax: 617-371-1037
Email: mgalvin@dwyercollora.com
*ATTORNEY TO BE NOTICED*

**Thomas E. Dwyer, Jr.**
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
617-371-1000
Fax: 617-371-1037
Email: tdwyer@dwyercollora.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan D. Menard**
*in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island*

represented by **Howard R. Croll**
Fontaine & Croll, LTD.
34 Hamlet Avenue
Woonsocket, RI 02895
401-765-0200
Fax: 401-765-6357
Email:
howard_fontainecroll@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin P. O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B Galvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas E. Dwyer, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Joel D. Mathews**<br>*in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island* | represented by | **Justin P. O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael B Galvin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas E. Dwyer, Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Paulette Miller**<br>*in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island* | represented by | **Justin P. O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael B Galvin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas E. Dwyer, Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Owen T. Bebeau**<br>*in his individual capacity and in his capacity as Director of human Services of the City of Woonsocket, Rhode Island* | represented by | **Justin P. O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael B Galvin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas E. Dwyer, Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Michael Annarummo**<br>*in his individual capacity and in his capacity of Director of Public Works for the City of Woonsocket, Rhode Island* | represented by | **Justin P. O'Brien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael B Galvin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas E. Dwyer, Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2005 | 1 | COMPLAINT against Owen T. Bebeau, Michael Annarummo, City of Woonsocket Rhode Island, Susan D. Menard, Joel D. Mathews, Paulette Miller Filing fee: $ 250, receipt number 62173, filed by United States of America, ex rel., Gordon F.B. Ondis.(Smith3, Dianne) (Entered: 02/23/2005) |
| 01/18/2006 | 9 | NOTICE of Election to Decline Intervention by United States of America, ex rel. (Attachments: # 1 Text of Proposed Order)(Filo, Jennifer) (Entered: 01/26/2006) |
| 02/08/2006 | 10 | Judge Nancy Gertner: ORDER entered. (Filo, Jennifer) (Entered: 02/13/2006) |
| 03/13/2006 | 11 | NOTICE of Change of Address by Leon A. Blais (Filo, Jennifer) (Entered: 04/04/2006) |
| 03/21/2006 | | Five new Summons issued. (Filo, Jennifer) (Entered: 04/12/2006) |
| 04/10/2006 | 18 | SUMMONS Returned Executed City of Woonsocket Rhode Island served on 4/5/2006, answer due 4/25/2006. (Patch, Christine) (Entered: 04/28/2006) |
| 04/10/2006 | 19 | SUMMONS Returned Executed Joel D. Mathews served on 3/30/2006, answer due 4/19/2006. (Patch, Christine) (Entered: 04/28/2006) |
| 04/10/2006 | 20 | SUMMONS Returned Executed Susan D. Menard served on 3/30/2006, answer due 4/19/2006. (Patch, Christine) (Entered: 04/28/2006) |
| 04/10/2006 | 21 | SUMMONS Returned Executed Paulette Miller served on 3/30/2006, answer due 4/19/2006. (Patch, Christine) (Entered: 04/28/2006) |
| 04/10/2006 | 22 | SUMMONS Returned Executed Owen T. Bebeau served on 3/30/2006, answer due 4/19/2006. (Patch, Christine) (Entered: 04/28/2006) |
| 04/10/2006 | 23 | SUMMONS Returned Executed Michael Annarummo served on 3/30/2006, answer due 4/19/2006. (Patch, Christine) (Entered: 04/28/2006) |
| 04/12/2006 | 12 | NOTICE of Appearance by Michael B Galvin on behalf of all defendants (Galvin, Michael) (Entered: 04/12/2006) |
| 04/12/2006 | 13 | MOTION for Extension of Time to May 19, 2006 to Answer Complaint *Filed by United States of America, ex rel., Gordon F.B. Ondis* by Owen T. Bebeau, Michael Annarummo, City of Woonsocket Rhode Island, Susan D. Menard, Joel D. Mathews, Paulette Miller.(Galvin, Michael) (Entered: 04/12/2006) |
| 04/13/2006 | | Judge Nancy Gertner: Electronic ORDER entered granting 13 Motion for Extension of Time. (Filo, Jennifer) (Entered: 04/13/2006) |
| 04/14/2006 | 14 | NOTICE of Appearance by Thomas E. Dwyer, Jr on behalf of all |

| | | |
|---|---|---|
| | | defendants (Dwyer, Thomas) (Entered: 04/14/2006) |
| 04/19/2006 | 15 | Judge Nancy Gertner: ORDER OF RECUSAL entered. (MacDonald, Gail) (Entered: 04/19/2006) |
| 04/20/2006 | 16 | Notice of Reassignment. Judge Mark L. Wolf added. Judge Nancy Gertner no longer assigned to case. (Filo, Jennifer) (Entered: 04/20/2006) |
| 04/28/2006 | 17 | NOTICE of Appearance by Howard R. Croll on behalf of Susan D. Menard (Croll, Howard) (Entered: 04/28/2006) |
| 05/19/2006 | 24 | NOTICE of Appearance by Justin P. O'Brien on behalf of all defendants (O'Brien, Justin) (Entered: 05/19/2006) |
| 05/19/2006 | 25 | MOTION to Dismiss by Owen T. Bebeau, Michael Annarummo, City of Woonsocket Rhode Island, Susan D. Menard, Joel D. Mathews, Paulette Miller.(Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 26 | MEMORANDUM in Support re 25 MOTION to Dismiss filed by Owen T. Bebeau, Michael Annarummo, City of Woonsocket Rhode Island, Susan D. Menard, Joel D. Mathews, Paulette Miller. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 27 | AFFIDAVIT in Support re 25 MOTION to Dismiss *of Justin P. O'Brien, Esq.*. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 28 | AFFIDAVIT in Support re 27 Affidavit in Support *of Justin P. O'Brien, Esq. (Part 2)*. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 29 | AFFIDAVIT in Support re 25 MOTION to Dismiss *of Joel D. Mathews*. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 30 | AFFIDAVIT in Support re 25 MOTION to Dismiss *of Paulette Miller*. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 31 | AFFIDAVIT in Support re 25 MOTION to Dismiss *of Owen T. Bebeau*. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/19/2006 | 32 | AFFIDAVIT in Support re 25 MOTION to Dismiss *of Michael Annarummo*. (Galvin, Michael) (Entered: 05/19/2006) |
| 05/22/2006 | | ELECTRONIC NOTICE issued requesting courtesy copy for 24 Notice of Appearance, 25 MOTION to Dismiss, 29 Affidavit in Support, 30 Affidavit in Support, 31 Affidavit in Support, 32 Affidavit in Support, 26 Memorandum in Support of Motion, 27 Affidavit in Support, 28 Affidavit in Support. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by 5/25/2006. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (O'Leary, Dennis) (Entered: 05/22/2006) |
| 06/02/2006 | 33 | MEMORANDUM in Opposition re 25 MOTION to Dismiss *and Objection* filed by Gordon F.B. Ondis. (Blais, Leon) (Entered: 06/02/2006) |

| | | |
|---|---|---|
| 06/22/2006 | 34 | MOTION for Leave to File *A Reply to Relator's Opposition and Objection to Defendants' Motion to Dismiss* by all defendants.(Galvin, Michael) Additional attachment(s) added on 6/27/2006 (Boyce, Kathy). Modified on 6/27/06 to add proposed Reply as an attachment to the document (Boyce, Kathy). (Entered: 06/22/2006) |
| 06/23/2006 | 35 | Opposition re 34 MOTION for Leave to File *A Reply to Relator's Opposition and Objection to Defendants' Motion to Dismiss* filed by Gordon F.B. Ondis. (Blais, Leon) (Entered: 06/23/2006) |
| 06/23/2006 | 36 | MOTION for Leave to File *Sur-Reply* by Gordon F.B. Ondis.(Blais, Leon) (Entered: 06/23/2006) |
| 06/29/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 34, Motion for leave to File a Reply corrected because: to attach the proposed Reply to the document (Boyce, Kathy) (Entered: 06/29/2006) |
| 08/10/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 34 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures, granting 36 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (O'Leary, Dennis) (Entered: 08/10/2006) |
| 08/11/2006 | 37 | REPLY to Response to Motion re 34 MOTION for Leave to File *A Reply to Relator's Opposition and Objection to Defendants' Motion to Dismiss* filed by all defendants. (Galvin, Michael) (Entered: 08/11/2006) |
| 08/29/2006 | 38 | SUR-REPLY to Motion re 25 MOTION to Dismiss filed by Gordon F.B. Ondis. (Blais, Leon) (Entered: 08/29/2006) |
| 12/18/2006 | 39 | NOTICE of Hearing on Motion 25 MOTION to Dismiss:PLEASE TAKE NOTICE that the above-entitled case has been set for a MOTION HEARING on the defendants? Motion to Dismiss on JANUARY 31, 2007 at 3:00 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor. The parties shall also comply with the attached notice of 16b scheduling conference. (Attachments: # 1)(O'Leary, Dennis) (Entered: 12/18/2006) |
| 01/24/2007 | 40 | JOINT STATEMENT of counsel *Under Local Rule 16.1(D)*. (Galvin, Michael) (Entered: 01/24/2007) |
| 01/26/2007 | 41 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 16.* (Blais, Leon) (Entered: 01/26/2007) |
| 01/29/2007 | | ELECTRONIC NOTICE Resetting Hearing (as to time only). Hearing rescheduled: The Motion Hearing/Scheduling conference previously scheduled for 1/31/2007 at 3:00 PM has been moved to 1/31/2007 at 2:00 PM. (O'Leary, Dennis) (Entered: 01/29/2007) |
| 01/30/2007 | 42 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 16.1(D)* |

| | | |
|---|---|---|
| | | *(3)*. (Galvin, Michael) (Entered: 01/30/2007) |
| 01/31/2007 | 43 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Motion Hearing held on 1/31/2007 re 25 MOTION to Dismiss filed by City of Woonsocket Rhode Island,, Susan D. Menard,, Joel D. Mathews,, Paulette Miller,, Owen T. Bebeau,, Michael Annarummo,. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 01/31/2007) |
| 02/01/2007 | 44 | Judge Mark L. Wolf : ORDER entered. re 25 MOTION to Dismiss filed by City of Woonsocket Rhode Island,, Susan D. Menard,, Joel D. Mathews,, Paulette Miller,, Owen T. Bebeau,, Michael Annarummo. (O'Leary, Dennis) (Entered: 02/01/2007) |
| 02/09/2007 | 45 | Supplemental MEMORANDUM in Opposition re 25 MOTION to Dismiss filed by Gordon F.B. Ondis. (Attachments: # 1 Affidavit of Relator# 2 Affidavit of Lee Matthews# 3 Affidavit of Leon Blais, Esq.) (Blais, Leon) (Entered: 02/09/2007) |
| 02/09/2007 | 46 | MEMORANDUM OF LAW by Owen T. Bebeau, Michael Annarummo, City of Woonsocket Rhode Island, Susan D. Menard, Joel D. Mathews, Paulette Miller. (Galvin, Michael) (Entered: 02/09/2007) |
| 02/09/2007 | 47 | BRIEF by Gordon F.B. Ondis *Re: Transfer of Case*. (Blais, Leon) (Entered: 02/09/2007) |
| 03/03/2007 | 48 | Assented to MOTION for Leave to File *Response to Relator's Supplemental Memorandum Regarding Subject Matter Jurisdiction* by Owen T. Bebeau, Michael Annarummo, City of Woonsocket Rhode Island, Susan D. Menard, Joel D. Mathews, Paulette Miller. (Attachments: # 1)(O'Brien, Justin) (Entered: 03/03/2007) |
| 03/28/2007 | 49 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER transferring the case to the District of Rhode Island pursuant to 28 U.S.C. ?1404(a).(O'Leary, Dennis) (Entered: 03/28/2007) |
| 03/28/2007 | | Civil Case Terminated. (O'Leary, Dennis) (Entered: 03/28/2007) |
| 04/27/2007 | | Case file sent to District of Rhode Island. Certified Copy of Docket Sheet, Certified Copy of Document 49, the March 28, 2007 Memorandum and Order of Transfer and Pleadings 1-48 sent via certified mail to the District of Rhode Island (Boyce, Kathy) (Entered: 04/27/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/03/2007 14:22:41 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-10312-MLW |

| | | | |
|---|---|---|---|
| **Billable Pages:** | 5 | **Cost:** | 0.40 |