UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NO. 1:07-cv-00150-T-DLM

UNITED STATES OF AMERICA, :
ex rel., GORDON F.B. ONDIS :

V. :

CITY OF WOONSOCKET, :
RHODE ISLAND ET AL :

**ENTRY OF APPEARANCE**

I, Christopher Lambert, hereby enter my appearance on behalf of the Defendant, City of Woonsocket, Rhode Island, et al.

Defendant,
City of Woonsocket, Rhode Island

Christopher Lambert, #4396
City Solicitor
City of Woonsocket
169 Main Street
Woonsocket, RI 02895
(401) 767-9201
FAX: (401) 769-0316
Email: amathews@woonsocketri.org

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to Leon A. Blais, Blais, Parent & Quinn, Cabot Business Park, 20 Cabot Blvd., Mansfield, MA 02048; Patricia M. Connolly, United States Attorney's Office, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Suite 9200, Boston MA 02210; Justin O'Brien, Esquire, Dwyer & Collora, LLP, 600 Atlantic Avenue, Boston MA 02210; Michael B. Galvin, Dwyer & Collora, LLP, 600 Atlantic Avenue, Boston MA 02210; Thomas E. Dwyer, Jr., Dwyer & Collora, LLP, 600 Atlantic Avenue, Boston MA 02210; Howard R. Croll, Esquire, Fontaine & Croll, 34 Hamlet Avenue, Woonsocket, RI 02895; on this the 9th day of July, 2007.

Kathy Tapper