UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, ex rel.
GORDON F.B. ONDIS,

Plaintiff,

v. C.A. No. 07-150 T

CITY OF WOONSOCKET, RHODE
ISLAND; SUSAN MENARD, in her
individual capacity and in her capacity
as Mayor of the City of Woonsocket, et al.,

Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, United states of America, ex rel. Gordon F.B. Ondis, hereby moves that Leon A. Blais, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

In support thereof, Attorney Blais has represented the Plaintiff since the inception of this case in 2005 prior to the transfer to this Court, and therefore possesses intimate knowledge of the facts and legal issues surrounding this case.

United States of America, ex rel
Gordon F.B. Ondis

By his Attorney,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM**
**& CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

Dated: July 10, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts, the U.S. District Court bar in the District of Massachusetts, and the U.S. Court of Appeals in the First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court of other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answer to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rule of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Leon A. Blais
Signature *Pro Hac Vice* Applicant

Leon A. Blais, Esq. (BBO# 652959)
**BLAIS, PARENT & QUINN**
Cabot Business Park
20 Cabot Blvd.
Mansfield, MA 02048
(508) 618-1280 (tel)
(508) 812-0459 (fax)
lblais@blaisparent.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
**BLAIS CUNNINGHAM**
**& CROWE CHESTER**
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 6, 2007.

/s/ David C. Clarke

**ORDER**

This motion is hereby ________________________________________________

__________________________________
District Judge

Date: