UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. GORDON F. B. ONDIS, Plaintiff, | ) | |
| vs. | ) | Civil Action 1:07-150-T-DLM |
| CITY OF WOONSOCKET, RHODE ISLAND; SUSAN MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, RI et al. Defendants. | ) | |

NOTICE OF APPEARANCE

I hereby enter my appearance as counsel for the United States in the above matter.

Respectfully submitted,

/s/ John P. McAdams

JOHN P. McADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
Email: john.p.mcadams@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, I served counsel of record the foregoing document, NOTICE OF APPEARANCE, through the Court's CM/ECF electronic filing system and by paper to those counsel not notified through CM/ECF.

Respectfully submitted,

_/s/ John P. McAdams
JOHN P. McADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055
john.p.mcadams@usdoj.gov