UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. GORDON F. B. ONDIS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action 1:07-150-T-DLM |
| CITY OF WOONSOCKET, RHODE ISLAND; SUSAN MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, RI et al. | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and John P. McAdams, Assistant United States Attorney, and files this *Notice* in the above captioned case. Assistant United States Attorney Patricia Connolly, who was originally assigned to this case, is being withdrawn.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055
401-709-5017 (fax)
Email: john.p.mcadams@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2007, I electronically filed the within Notice of Withdrawal of Government Counsel with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System causing the following counsel to receive notice electronically:

David C. Clarke
Blais Cunningham & Crowe Chester
Email: dclarke@blaislaw.com

Leon A. Blais
Blais, Parent & Quinn
Email: lblais@blaisparent.com

Christopher Lambert
City of Woonsocket
Email: amathews@woonsocketri.org

Justin P. O'Brien
Dwyer & Collora, LLP
Email: jobrien@dwyercollora.com

The following counsel have been served via the U.S. mail:

Howard R Croll
Fontaine & Croll
34 Hamlet Avenue
Woonsocket, RI 02895-4493

Thomas E. Dwyer , Jr
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02110

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903