**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
ex rel. GORDON F.B. ONDIS,
Plaintiff

v. C.A. No. 07-150T

CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket; JOEL D. MATHEWS, in his capacity as Director of Planning and Community Development of the City of Woonsocket; PAULETTE MILLER, in her capacity as Assistant Director of Planning of Woonsocket; OWEN T. BEBEAU, in his capacity as Director of Human Services of the City of Woonsocket; MICHAEL ANNARUMMO, in his capacity as Director of Administration and Director of Public Works in the City of Woonsocket;
Defendants

**ORDER**

For reasons stated in open Court on September 6, 2007, Defendants' motion to dismiss the Complaint is granted, without prejudice to Plaintiff's right to file an amended complaint within 20 days of this order.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Ernest C. Torres
Sr. U.S. District Court Judge
Date: ~~August~~ Sept. 11, 2007