UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GORDON F.B. ONDIS, Plaintiff, | |
| v. | CIVIL NO. 07-CV-00150-T-DLM |
| CITY OF WOONSOCKET, RHODE ISLAND and SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket, Defendants. | |

**DEFENDANTS' MOTION TO DISMISS**
**FIRST AMENDED COMPLAINT WITH PREJUDICE**

Defendants City of Woonsocket ("City") and Susan D. Menard (in her capacity as Mayor of the City) hereby respectfully move to dismiss the First Amended Complaint in this action with prejudice pursuant to Fed R. Civ. P. 12(b)(1) and 12(b)(6). As set forth in the accompanying memorandum of law, Relator's allegations fail the pleading requirements of (1) Fed. R. Civ. P. 8, (2) Fed. R. Civ. P. 9(b) as applied to the federal False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.*, and (3) the subject matter jurisdiction provisions of the FCA's "public disclosure-original source" rule.

Respectfully Submitted,

**CITY OF WOONSOCKET, RHODE ISLAND and SUSAN D. MENARD in her capacity as Mayor of the City of Woonsocket,**

By their Attorneys,

/s/ Christopher Lambert
Christopher Lambert (No. 4396)
City Solicitor - City of Woonsocket
169 Main Street
Woonsocket, RI 02895
(401) 767-9201 / (401) 769-0316 fax
email: amathews@woonsocketri.org

Michael B. Galvin (Mass. BBO No. 630515)
Admitted *pro hac vice*
Justin P. O'Brien (Mass. BBO No. 658765)
Admitted *pro hac vice*
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000 / (617) 371-1037 fax
email: jobrien@dwyercollora.com

Dated: October 22, 2007

## CERTIFICATE OF SERVICE

I, Christopher Lambert, certify that the foregoing document was filed electronically on October 22, 2007 using the ECF system, through which it is available for downloading and viewing, and was served electronically through ECF on the following counsel of record:

David C. Clarke
Blais Cunningham & Crowe Chester, LLP
150 Main St.
Pawtucket, RI 02860
Email: dclarke@blaislaw.com

Leon A. Blais
Blais, Parent & Quinn
Cabot Business Park, 20 Cabot Blvd.
Mansfield, MA 02048
Email: lblais@blaisparent.com

John P. McAdams
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: john.p.mcadams@usdoj.gov

/s/ Christopher Lambert
Christopher Lambert