UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 1:05-cv-10312-MLW

UNITED STATES OF AMERICA,
ex rel., GORDON F.B. ONDIS,
Plaintiffs

vs.

CITY OF WOONSOCKET, RHODE ISLAND, et al,
Defendants

*********

For Hearing Before:
Chief Judge Mark L. Wolf

Motion to Dismiss

United States District Court
District of Massachusetts (Boston.)
One Courthouse Way
Boston, Massachusetts 02210
Wednesday, January 31, 2007

********

REPORTER: RICHARD H. ROMANOW, RPR
Official Court Reporter
United States District Court
One Courthouse Way, Room 5200, Boston, MA 02210
(617) 737-0370

COPY

not present. And in our view here, there isn't an allegation with respect to the nexus why it is when the City applies her money, and to do very specific things with the money, why it is that that constitutes a false or fraudulent claim within the meaning of the FCA?

THE COURT: Why don't I hear from the relator on this.

MR. BLAIS: Thank you, your Honor. It seems to me, your Honor, the defendants are applying a little bit of a red herring here. The complaint does not allege that the specific expenditures that were applied for were not spent in that way, it probably was spent properly in that way. That's not the point. Your Honor referred to the ***Neifert*** decision, which makes very clear and its progeny makes very clear that applications to the government are not simply the draw-down document, they include all of the threshold certifications and requirements, and that is what we are saying happened here, Judge.

This CDBG program was created for the purpose of implementing the national housing objectives. What it essentially says is that: "City, if you will agree to promote affordable housing as a basic public policy of this municipality, we will give you certain money to do certain things that are not directly housing related,