UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. GORDON F.B. ONDIS<br><br>Plaintiff / Relator,<br><br>vs.<br><br>CITY OF WOONSOCKET, RHODE ISLAND;<br>and SUSAN D. MENARD, in her capacity as<br>Mayor of the City of Woonsocket, Rhode Island<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-150T |

**RELATOR'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM**

Relator herewith makes request for leave of Court to file a sur-reply to the Reply Memorandum of Law filed by Defendant.

As reason therefore, Relator asserts that fairness and equity require that Relator be given an opportunity to address misleading arguments and averments contained therein

Relator seeks twenty (10) days from the allowance of this motion to file such sur-reply. Such sur-reply will be limited to five (5) pages in length.

Respectfully Submitted,

United States of America, ex rel
Gordon F.B. Ondis

By his Attorneys,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
BLAIS CUNNINGHAM
& CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

/s/ Leon A. Blais
BLAIS AND PARENT
20 Cabot Blvd.
Suite 300
Mansfield, MA 02048
508 618-1280
866 329-6175 fax
LBlais@BlaisParent.com

CERTIFICATION

I hereby certify that the above motion was filed via the ECF system and was thus served upon all counsel of record and that such motion is available for public viewing via the PACER system.

/s/ David C. Clarke