UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
*ex rel.* GORDON F.B. ONDIS,
Plaintiff,

v.

CITY OF WOONSOCKET, RHODE ISLAND and SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket,
Defendants.

CIVIL NO. 07-CV-00150-T-DLM

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**
**LIMITING TESTIMONY AT MARCH 18 EVIDENTIARY HEARING**

Defendants City of Woonsocket ("City") and Susan D. Menard hereby move for a protective order to limit testimony at the evidentiary hearing on Defendants' Motion to Dismiss, scheduled for March 18, 2008. Specifically, Defendants seek a protective order that will:

1. Preclude Relator from compelling testimony at the hearing from Mayor Susan Menard, Ms. Paulette Miller, and Mr. Joel Matthews, each of whom has received a subpoena from Relator's counsel to appear at the hearing, and
2. Preclude Relator from seeking testimony from attorney Justin P. O'Brien, counsel for Defendants, whose presence at the hearing Relator has requested.

As explained in the accompanying memorandum, Relator's effort to secure the testimony from any of these individuals is entirely inappropriate given the narrow scope of the single-issue hearing. Counsel for Defendants has conferred with counsel for Relator and were unable to resolve this issue prior to filing this motion.

Respectfully Submitted,

**CITY OF WOONSOCKET, RHODE ISLAND and SUSAN D. MENARD in her capacity as Mayor of the City of Woonsocket,**
By their Attorneys,

/s/ Christopher Lambert___________

Christopher Lambert (No. 4396)
City Solicitor - City of Woonsocket
169 Main Street
Woonsocket, RI 02895
(401) 767-9201 / (401) 769-0316 fax
email: amathews@woonsocketri.org

Michael B. Galvin (Mass. BBO No. 630515)
Admitted *pro hac vice*
Justin P. O'Brien (Mass. BBO No. 658765)
Admitted *pro hac vice*
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000 / (617) 371-1037 fax
email: jobrien@dwyercollora.com

Dated: March 5, 2008

## RULE 26(c) CERTIFICATION

I, Christopher Lambert, certify that counsel for Defendants has in good faith conferred with counsel for Relator in an effort to resolve the dispute without court action.

/s/ Christopher Lambert_
Christopher Lambert

## CERTIFICATE OF SERVICE

I, Christopher Lambert, certify that the foregoing document was filed electronically on March 5, 2008 using the ECF system, through which it is available for downloading and viewing, and was served electronically through ECF on the following counsel of record:

David C. Clarke
Blais Cunningham & Crowe Chester, LLP
150 Main St.
Pawtucket, RI 02860
Email: dclarke@blaislaw.com

Leon A. Blais
Blais, Parent & Quinn
Cabot Business Park, 20 Cabot Blvd.
Mansfield, MA 02048
Email: lblais@blaisparent.com

John P. McAdams
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: john.p.mcadams@usdoj.gov

/s/ Christopher Lambert_
Christopher Lambert