UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
*ex rel.* GORDON F.B. ONDIS,

Plaintiff,

v. C.A. No. 07-0150T

CITY OF WOONSOCKET, RHODE ISLAND
and SUSAN D. MENARD, in her capacity as
Mayor of the city of Woonsocket, Rhode Island,
et al,

Defendants.

______________________________________/

**AFFIDAVIT OF WILLARD RAPPLEYE**

I, Willard Rappleye, on oath depose and say as follows:

1. My name is Willard Rappleye. I am more than 21 years of age and have personal knowledge of the facts stated herein.

2. I am a reporter for and a full-time employee of the Media General Operations, Inc. d/b/a WJAR-TV ("WJAR"). As such, I am regularly engaged in collecting and reporting news for gain or livelihood.

3. In my capacity as a reporter for WJAR, I have reported on the above styled lawsuit.

4. Sometime between April and June 2006, I had a conversation with an attorney in this case, Lee Blais, who suggested that I check the Woonsocket public library for a particular document that he claimed was required to be included in the Woonsocket application to the United States Department of Housing and Urban Development ("HUD") file maintained by the library. I do not recall what the document was. I was told by Mr. Blais that one of his paralegals

had sought out the same document and that the paralegal discovered that the document was not, in fact, in the file.

5. Any information I possess regarding this matter was obtained while actively gathering news.

6. I respectfully assert my privilege not to disclose information I obtained while actively gathering news pursuant to the First Amendment of the U.S. Constitution.

7. In addition, the subpoena in question was not personally delivered to me, but instead was delivered to an administrative assistant at WJAR, Auri Ruela. See Subpoena attached as Exhibit A.

Willard Rappleye

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to before me by Willard Rappleye this 11th day of March, 2008.

Notary Public

My Commission Expires: 7/3/09