# EXHIBIT A

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

U.S.A. ex rel. GORDON F.B. ONDIS

V.

WOONSOCKET, RI and SUSAN B. MENARD

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 94-10645-RBC

TO: WILLIAM RAPPLEYE

✓ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM / DATE AND TIME |
| --- | --- |
| FEDERAL BUILDING AND COURTHOUSE<br>ONE EXCHANGE TERRACE<br>PROVIDENCE, RI 02893 | COURTROOM: 3<br>DATE AND TIME: 3/18/2008 10:00 am |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Att'y for Plaintiff/Relator | 2/15/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LEE BLAIS, ESQ. 20 CABOT BLVD. SUITE 300, MANSFIELD, MA 02048 (508) 618-1280

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.