UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. GORDON F. B. ONDIS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action 1:07-150-T-DLM |
| CITY OF WOONSOCKET, RHODE ISLAND; SUSAN MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, RI et al. | ) | |
| Defendants. | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby enter my withdrawal of appearance as counsel for Plaintiff, United States of America, ex rel. Gordon F. B. Ondis, in the above matter. Assistant United States Attorney Milind M. Shah has been assigned to this case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055
401-709-5017 (fax)
Email: john.p.mcadams@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2008, electronically filed the within Notice of Withdrawal of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System causing the following counsel to receive notice electronically:

David C. Clarke
Blais Cunningham & Crowe Chester
Email: dclarke@blaislaw.com

Leon A. Blais
Blais, Parent & Quinn
Email: lblais@blaisparent.com

Christopher Lambert
City of Woonsocket
Email: amathews@woonsocketri.org

Justin P. O'Brien
Dwyer & Collora, LLP
Email: jobrien@dwyercollora.com

The following counsel have been served via the U.S. mail:

Howard R Croll
Fontaine & Croll
34 Hamlet Avenue
Woonsocket, RI 02895-4493

Thomas E. Dwyer , Jr
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02110

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U.S. Attorney