UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GORDON F. B. ONDIS, Plaintiff, | ) |
| vs. | ) Civil Action 1:07-150-T-DLM |
| CITY OF WOONSOCKET, RHODE ISLAND; SUSAN MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, RI et al. Defendants. | ) |

NOTICE OF OF APPEARANCE

I hereby enter my appearance as counsel for Plaintiff, United States of America, ex rel. Gordon F. B. Ondis, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA, ex rel.
GORDON F. B. ONDIS

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017
milind.shah@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2008, electronically filed the within Notice of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System causing the following counsel to receive notice electronically:

David C. Clarke
Blais Cunningham & Crowe Chester
Email: dclarke@blaislaw.com

Leon A. Blais
Blais, Parent & Quinn
Email: lblais@blaisparent.com

Christopher Lambert
City of Woonsocket
Email: amathews@woonsocketri.org

Justin P. O'Brien
Dwyer & Collora, LLP
Email: jobrien@dwyercollora.com

The following counsel have been served via the U.S. mail:

Howard R Croll
Fontaine & Croll
34 Hamlet Avenue
Woonsocket, RI 02895-4493

Thomas E. Dwyer , Jr
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02110

Michael B. Galvin
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney