UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS<br><br>Plaintiff / Relator,<br><br>vs.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; and SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket, Rhode Island<br><br>Defendants. | ) | C.A. No. 07-150T |

**RELATOR'S WITHDRAWAL OF THE SUBPOENA OF WILLARD RAPPLEYE**

Relator, through counsel, herewith withdraws his subpoena of Willard Rappleye a/k/a William Rappleye, a/k/a Bill Rappleye.

Respectfully Submitted,

United States of America, *ex rel*
GORDON F.B. ONDIS
By his Attorneys,

/s/ David C. Clarke

David C. Clarke, Esq. (#6376)
BLAIS CUNNINGHAM
& CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

March 13, 2008

/s/ Leon A. Blais
Leon A. Blais, Esq.,
by *Pro Hac Vice Admission*
BLAIS AND PARENT
20 Cabot Blvd.
Suite 300
Mansfield, MA 02048
508 618-1280
866 329-6175 fax
LBlais@BlaisParent.com

**Certification**

This document was filed using the Court's ECF system. All counsel of record were thereby served. Copies of this document are available by means of the Court's PACER system.

/s/ Leon A. Blais

Leon A. Blais