UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS<br><br>Plaintiff / Relator,<br><br>vs.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; and SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket, Rhode Island<br><br>Defendants. | ) | C.A. No. 07-150T |

**<u>RELATOR'S MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF EVIDENCE BY JUDICIAL NOTICE AND RELATOR'S REQUEST FOR HEARING PURSUANT TO FED. R. EVID. 201(e)</u>**

Relator has been informed through counsel that Defendants intend to attempt introduction of "newspapers or other sources that don't require authentication, and of which the court can take judicial notice" at an evidentiary hearing docketed for March 18, 2008. Such information was contained in an e-mail sent to counsel for Relator.

Relator herewith moves in limine to bar admission of such evidence by judicial notice. Relator submits his Memorandum of Law concurrent herewith.

Pursuant to Federal Rule of Evidence 201(e) Relator also herewith requests that he be heard in opposition to allowance of introduction of evidence in these proceedings by juridical notice.

Respectfully Submitted,

United States of America, *ex rel*
GORDON F.B. ONDIS
By his Attorneys,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)
BLAIS CUNNINGHAM
& CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

/s/ Leon A. Blais
Leon A. Blais, Esq.,
by *Pro Hac Vice Admission*
BLAIS AND PARENT
20 Cabot Blvd.
Suite 300
Mansfield, MA 02048
508 618-1280
866 329-6175 fax
LBlais@BlaisParent.com

**Certification**

This document was filed using the Court's ECF system. All counsel of record were thereby served. Copies of this document are available by means of the Court's PACER system.

/s/ Leon A. Blais

Leon A. Blais