# TAB A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GORDON F.B. ONDIS, Plaintiff, v. CITY OF WOONSOCKET, RHODE ISLAND and SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket, Defendants. | CIVIL NO. 07-CV-00150-T-DLM |

**PUBLIC DISCLOSURE MATERIALS**
**SUPPORTING DEFENDANTS' MOTION TO DISMISS**

| DESCRIPTION |
|---|
| Russ Olivio, "City Housing Plan Faces Uphill Battle," Woonsocket Call, Apr. 9, 2001 |
| Russ Olivio, "City Housing Plan on Hold," Woonsocket Call, Apr. 10, 2001 |
| Ariel Sabar, "Leaving Woonsocket – City's Population Continues Its Decades-Long Decline," Providence Journal, Oct. 14, 2001 |
| Susan D. Menard, Commentary, "Woonsocket is on the Move," Providence Journal, Oct. 28, 2001 |
| Russ Olivio, "City No Longer First in Affordable Housing," Woonsocket Call, Jan. 31, 2004 |
| David McFadden, "Woonsocket Listed 2nd in Housing," Providence Journal, Feb. 4, 2004 |
| Russ Olivio, "Judge Overrules City Boards on Housing Plan," Woonsocket Call, Dec. 15, 2000 |
| Russ Olivio, "WNDC Rings Up? No Sale?", Woonsocket Call, Feb. 7, 2001 |
| *Woonsocket Neighborhood Development Corp. v. Matthews et al.,* C.A. No. 99-3915 (Superior Court) (Savage, J.) |
| *Woonsocket Neighborhood Development Corp. v. Hoyceanyls et al.,* C.A. No. 97-5332 (Superior Court) (Savage, J.) |

| |
|---|
| Russ Olivio, "City Favors Wal-Mart Bid," Woonsocket Call, Dec. 9, 2003 |
| Russ Olivio, "Zoners OK Apartments," Woonsocket Call, May 30, 2001 |
| Russ Olivio, "Builders Want to Change Permit," Woonsocket Call, July 19, 2001 |
| David McFadden, "Luxury Apartments Coming to Woonsocket," Providence Journal, Oct. 9, 2002 |
| Russ Olivio, "River Bend Could Become Condos," Woonsocket Call, June 29, 2004 |
| Russ Olivio, "Bancroft Mill Goes to Luxury," Woonsocket Call, Oct. 5, 2003 |
| Russ Olivio, "City Seeks Repeal of Tax Break," Woonsocket Call, May 26, 2002 |
| Elizabeth Gudrais, "Mayor Seeks to End Tax Breaks for Housing Units," Providence Journal, June 3, 2002 |
| Russ Olivio, "Mayor Pitches Housing Tax Break," Woonsocket Call, Feb. 14, 2003 |
| David McFadden, "Mayor: Tax Breaks a Burden," Providence Journal, Feb. 18, 2003 |
| Russ Olivio, "City Offers $1.5M in Housing Grants," Woonsocket Call, Feb. 21, 2000 |
| Public Notice, Woonsocket Call, Feb. 21, 2000 |
| Notice of Intent to Request a Release of Funds, Woonsocket Call, May 16, 2000 |
| Notice of Funding Available for Community Development Block Grant, Home Investment Partnerships Program, Emergency Shelter Grant, Woonsocket Call, Nov. 26, 2000 |
| Public Hearing Notice, Woonsocket Call, Feb. 26, 2001 |
| Public Notice of Review Period and Hearing, Woonsocket Call, Mar. 2, 2001 |
| Public Notice of Hearing Date Change, Woonsocket Call, Mar. 21, 2001 |
| Notice of Intent to Request a Release of Funds, Woonsocket Call, May 8, 2001 |
| Notice of Report Availability, Woonsocket Call, Sep. 7, 2001 |
| Notice of Funding Available for Community Development Block Grant, Home Investment Partnerships Program, Emergency Shelter Grant, Woonsocket Call, Nov. 3, 2001 |
| Notice of Review Period and Public Hearing, Woonsocket Call, Feb. 9, 2002 |

| |
|---|
| Public Notice of Hearing Date Change, Woonsocket Call, Feb. 28, 2002 |
| Russ Olivio, "Grant Plan on Hold," Woonsocket Call, Apr. 2, 2002 |
| David McFadden, "City Council Divvies Up Federal Block Grant Money," Providence Journal, Apr. 5, 2002 |
| Notice of Intent to Request a Release of Funds, Woonsocket Call, Apr. 13, 2002 |
| Notice of Intent to Request a Release of Funds, Woonsocket Call, May 22, 2002 |
| Megan Matteuci, "Block Grant Aids Work on Roads, Parks," Providence Journal, Aug. 19, 2002 |
| Notice of Report Availability, Woonsocket Call, Sep. 6, 2002 |
| Notice of Funding Available for Community Development Block Grant, Home Investment Partnerships Program, Emergency Shelter Grant, Woonsocket Call, Oct. 7, 2002 |
| David McFadden, "Woonsocket Slated to Receive $2 Million from HUD," Providence Journal, Oct. 18, 2002 |
| Notice of Review Period and Public Hearing, Woonsocket Call, Jan. 31, 2003 |
| David McFadden, "Woonsocket, R.I., Prepares Plan for Federal Housing Funds," Providence Journal, Mar. 3, 2003 |
| David McFadden, "City Seeks Federal Grants to Combat Lead Paint," Providence Journal, May 20, 2003 |
| Notice of Report Availability, Woonsocket Call, Aug. 5, 2003 |
| Public Notice, Woonsocket Call, Sep. 20, 2003 |
| Notice of Funding Available for Community Development Block Grant, Home Investment Partnerships Program, Emergency Shelter Grant, Woonsocket Call, Oct. 6, 2003 |
| Notice of Review Period and Public Hearing, Woonsocket Call, Feb. 9, 2004 |
| Notice of Intent to Request a Release of Funds, Woonsocket Call, Apr. 3, 2004 |
| Public Notice, Woonsocket Call, May 1, 2004 |
| Notice of Report Availability, Woonsocket Call, Aug. 21, 2004 |

| |
|---|
| Notice of Funding Available for Community Development Block Grant, Home Investment Partnerships Program, Emergency Shelter Grant, Woonsocket Call, Sep. 30, 2004 |
| Notice of Review Period and Public Hearing, Woonsocket Call, Jan. 25, 2005 |
| Public Notice, Woonsocket Call, Apr. 12, 2005 |