UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS<br><br>Plaintiff / Relator,<br><br>vs.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; and SUSAN D. MENARD, in her capacity as Mayor of the City of Woonsocket, Rhode Island<br><br>Defendants. | ) | C.A. No. 07-150T |

**<u>RELATOR'S AMENDED STIPULATION REGARDING ADMISSIBILITY OF CERTAIN MATERIALS</u>**

Relator herewith stipulates to admissibility of certain materials, except as noted herein, contained in a comb binder presented at hearing and identified as Defendants' Exhibit B with sub-tabs numbered as follows:

1. Stipulated to be a news article published on the date indicated which may be admitted. However, Relator does not stipulate that such news article is the equivalent of any portion of his complaint.

2. Same as sub-tab 1.

3. Same as sub-tab 1.

4. Stipulated to be a published commentary by Mayor Susan Menard. He does not stipulate that this item is a news article or news media report within the meaning of the FCA and/or that it is the equivalent of any portion of his

complaint. Accordingly, he maintains his objection to admission based upon irrelevance.

5. Same as sub-tab 1.

6. Same as sub-tab 1.

7. Same as sub-tab 1.

8. Same as sub-tab 1.

9. Relator stipulates that this item is a "decision" of the Rhode Island Superior Court. He does not stipulate that this item is a news article or news media report within the meaning of the FCA and/or that it is the equivalent of any portion of his complaint. Accordingly, he maintains his objection to admission based upon irrelevance.

10. Same as sub-tab 1.

11. Same as sub-tab 1.

12. Same as sub-tab 1.

13 Same as sub-tab 1.

14. Same as sub-tab 1.

15. Same as sub-tab 1.

16. Same as sub-tab 1.

17. Same as sub-tab 1.

18. Same as sub-tab 1.

19. Same as sub-tab 1.

20. Same as sub-tab 1.

21. Relator stipulates that this item is a classified advertisement published on the date indicated. He does not stipulate that this item is a news article or news media report within the meaning of the FCA and/or that it is the equivalent of any portion of his complaint. Accordingly, he maintains his objection to admission based upon irrelevance.

22. Same as sub-tab 21.

23. Same as sub-tab 21.

24. Same as sub-tab 21.

25. Same as sub-tab 21.

26. Same as sub-tab 21.

27. Relator stipulates that this item is a display advertisement published on the date indicated. He does not stipulate that this item is a news article or news media report within the meaning of the FCA and/or that it is the equivalent of any portion of his complaint. Accordingly, he maintains his objection to admission based upon irrelevance.

28. Same as sub-tab 27.

29. Same as sub-tab 21.

30. Same as sub-tab 21.

31. Same as sub-tab 21.

32. Same as sub-tab 1.

33. Same as sub-tab 1.

34. Same as sub-tab 21.

35. Same as sub-tab 27.

36. Same as sub-tab 1.

37. Same as sub-tab 21.

38. Same as sub-tab 21.

39. Same as sub-tab 1.

40. Same as sub-tab 21.

41. Same as sub-tab 1.

42. Same as sub-tab 1.

43. Same as sub-tab 21.

44. Same as sub-tab 21.

45. Same as sub-tab 21.

46. Same as sub-tab 21.

47. Same as sub-tab 27.

48. Same as sub-tab 21.

49. Same as sub-tab 21.

50. Same as sub-tab 21.

51. Same as sub-tab 21.

52. Same as sub-tab 21.

Respectfully Submitted,

United States of America, *ex rel*
GORDON F.B. ONDIS
By his Attorneys,

/s/ David C. Clarke
David C. Clarke, Esq. (#6376)

BLAIS CUNNINGHAM
& CROWE CHESTER
150 Main Street, P.O. Box 1325
Pawtucket, Rhode Island 02862
(401) 723-1122 (tel)
(401) 726-6140 (fax)
dclarke@blaislaw.com

/s/ Leon A. Blais
Leon A. Blais, Esq.,
by *Pro Hac Vice Admission*
BLAIS AND PARENT
20 Cabot Blvd.
Suite 300
Mansfield, MA 02048
508 618-1280
866 329-6175 fax
LBlais@BlaisParent.com

**Certification**

This document was filed using the Court's ECF system. All counsel of record were thereby served. Copies of this document are available by means of the Court's PACER system.

/s/ Leon A. Blais

Leon A. Blais