AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA ex rel. Gordon F.B. Ondis, et al. v. City of Woonsocket, RI et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 07-150T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Torres | Blais, Clarke | Galvin, O'Brien, Lambert |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/18/08, 3/25/08, 4/15/08 | K. Wischnowsky | R. Smith |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/18/08 | — | — | W-1 Gordon F.B. Ondis, sworn |
| | | | | | |
| | A1 | 3/18/08 | ID | Full 3/25/08 | Ltr. dated July 20, 2003 to S. Menard from L. Blais |
| | A2 | 3/18/08 | ID | Full 3/25/08 | Ltr. dated July 29, 2004 to L. Blais from J. Carroll |
| | A3 | 3/18/08 | ID | Full 3/25/08 | Ltr. dated August 10, 2004 to J. Carroll from L. Blais |
| | | | | | |
| | | | | | Day Two 3/25/08 |
| — | — | 3/25/08 | — | — | W-1 Mr. Ondis, continued |
| | A4 | 3/25/08 | ID | Full 3/25/08 | Ltr. dated August 10, 2004 to L. Blais from J. Carroll |
| | A5 | 3/25/08 | ID | Full 3/25/08 | Ltr. dated August 25, 2004 to L. Blais from P. Miller |
| | B | 3/25/08 | ID | Full 4/15/08 | Public Disclosure Materials (Tabbed 1-52) |
| | | | | | |
| | | | | | Day Three 4/15/08 |
| — | — | 4/15/08 | — | — | W-1 Mr. Ondis, continued |
| 1 | | 4/15/08 | ID | | Series of documents (memos and letters) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.