# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

```
UNITED STATES OF AMERICA,
ex rel., GORDON F.B. ONDIS,
Plaintiffs

        v.                                    C.A. No. 07-150T

CITY OF WOONSOCKET, RI,
ET AL.,
Defendants
```

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Judgment hereby enters for the Defendants City of Woonsocket, Susan Menard, Joel D. Mathews, Paulette Miller, Owen T. Bebeau, Michael Annarummo, Willard Rappleye, and Media General Operations and against Plaintiff Gordon F.B. Ondis pursuant to this Court's Memorandum and Order granting Defendant's Motion to Dismiss, dated October 8th, 2008.

Enter:

/s/ Ryan H. Jackson

Deputy Clerk

Dated: October 15th, 2008